**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  DORIAN E. RAMIREZ

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*



# Court of Appeals

## Thirteenth District of Texas

December 17, 2015

Hon. Luis A. Martinez
Attorney at Law
PO Box 410
Victoria, TX 77902
* DELIVERED VIA E-MAIL *

Hon. Michael A. Sheppard
District Attorney
307 N. Gonzales
Cuero, TX 77954
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00256-CR
Tr.Ct.No. 14-05-11,998
Style:    Elio Garza v. The State of Texas


        The above-referenced cause has been set for submission without oral argument on Thursday, January 07, 2016, before a panel consisting of Justice Dori Contreras Garza, Justice Gregory T. Perkes and Justice Nora Longoria.

                        Very truly yours,

                        Dorian E. Ramirez, Clerk


DER:ch